**Order entered August 9, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00809-CV

## IN THE INTEREST OF S.D., J.D., AND G.D., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-16-01098-W**

## ORDER

We **REINSTATE** this appeal, which we abated to allow the trial court an opportunity to appoint appellate counsel for Mother and Father.

On August 8, 2018, supplemental clerk's records were filed containing orders appointing Andy Olivo to represent Mother and Ray Chappelle to represent Father. In accordance with those orders, we **DIRECT** the Clerk of the Court to designate Olivo as counsel for Mother and Chappelle as counsel for Father.

We note the notices of appeal filed by Mother and Father appear to be untimely. The clerk's record reflects the trial court's judgment, the agreed order of termination, was signed April 23, 2018. Because the record does not reflect a request for findings of fact and conclusions of law or motion for new trial or to modify judgment was filed, the notices of appeal were due no later than May 14, 2018 or, with an extension motion, no later than May 29, 2018. *See* TEX. R. APP. P. 4.1(a), 26.1(b), 26.3. The notices of appeal, however, were not filed until July 13, 2018.

Because the timely filing of a notice of appeal is jurisdictional, we **ORDER** Mother and Father to file letter briefs addressing the Court's concern. *See Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g). The letter briefs shall be filed no later than August 20, 2018. Appellee may file any response within ten days of the filing of Mother's and Father's letter briefs. If any party relies on information not contained in the clerk's record, that party shall have filed a supplemental clerk's record containing that information.

Until the Court determines its jurisdiction, the reporter's record need not be filed. The Court will set a deadline for filing the reporter's record if it determines it has jurisdiction over the appeal. If the Court determines it does not have jurisdiction over the appeal, the Court will dismiss the appeal without further notice. *See* TEX. R. APP. P. 42.3(a). The Court may also dismiss the appeal without further notice should Mother and Father fail to comply with this order. *See id.* 42.3(a),(c). As this is an accelerated appeal, we caution that extension requests will be disfavored.

We **DIRECT** the Clerk of the Court to send a copy of this order to Marty Grant, Official Court Reporter of the 304th Judicial District Court, and the parties.

/s/    DAVID EVANS
        JUSTICE